

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL G. CEMAN,

        Defendant.

Case No.:  25-cr-111

[18 U.S.C. §§ 922(a)(1)(A) & 924(a)(1)(D)]

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

Beginning on or about September 12, 2016, and continuing until on or about December 10, 2024, in the State and Eastern District of Wisconsin,

**MICHAEL G. CEMAN**,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

# FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(a)(1)(A) set forth in this Information, the defendant, MICHAEL G. CEMAN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the willful violation of Section 922(a)(1)(A), including, but not limited to the following firearms all seized on December 10, 2024, at the residence of MICHAEL G. CEMAN in Markesan, Wisconsin:

1. KelTec, CNC Industries, Inc. P32 pistol, CAL: 32, SN: 08412;
2. Remington Arms Company, Inc. 770 rifle, CAL: 7 SN: M71806285;
3. Savage A22 rifle, CAL: 22, SN: K221327;
4. Hatfield Gun Company SGL shotgun, CAL: 410, SN: 410S20-001753;
5. Ithaca Gun Co. 66 shotgun, CAL: 20, SN: 104606;
6. Winchester 37 shotgun, CAL: 20, SN: none;
7. Raven Arms P25 pistol, CAL: 25, SN: 135052;
8. Remington Arms Company, Inc. 870 shotgun, CAL: 12, SN: A210298M;
9. Ruger LC9S pistol, CAL: 9, SN: 452-61202;
10. KelTec, CNC Industries, Inc. P32 pistol, CAL: 32, SN: 24D0P84;
11. Iberia Firearms JCP Pistol, CAL: 40, SN: X7160099;
12. HS Produkt (IM Metal) XD9 pistol, CAL: 9, SN: US922525;
13. Mossberg 500 Shotgun, CAL: 20, SN: U325365;
14. Italy 15 Rifle, CAL: Unknown, SN: NG7982;
15. Boito/ER Amantino/IGA Uplander shotgun, CAL: 410, SN: 457563;
16. HS Produkt Echelon pistol, CAL: 9, SN: BE240632;
17. Sarsilmaz (SAR Arms) B6C pistol, CAL: 9, SN: T1102-21G00377;
18. HS Produkt (IM Metal) XD45 pistol, CAL: 45, SN: US799867;
19. Walther Colt Government pistol, CAL: 22, SN: WD048541;
20. SIG Sauer (SIG-Arms) P320 M18 pistol, CAL: 9, SN: M18A032868;
21. Ithaca Gun Co. 66 shotgun, CAL: 20, SN: 660780754;
22. Remington Arms Company, Inc. 870 shotgun, CAL: 12, SN: D500577M;
23. Henry Repeating Rifle Company H002 rifle, CAL: 22, SN: 004456;
24. Ruger Single-Six revolver, CAL: 22, SN: 261-01544;
25. Ruger Mini-14 Ranch rifle, CAL: 223, SN: 195-00829;
26. Boito/ER Amantino/IGA The Grand shotgun, CAL: 12, SN: J531195-14;
27. Unknown shotgun, CAL: Unknown, SN: 89;
28. Smith & Wesson SD40VE pistol, CAL: 40, SN: DUX5224;
29. Cobra Ent., Inc./Kodiak Ind CB380 Derringer, CAL: 380, SN: CT195668;
30. Unknown CTGE revolver, CAL: 32, SN: Unknown;
31. Unknown revolver, CAL: Unknown, SN: Unknown;

32. Savage Stevens 94 shotgun, CAL: 20, SN: Obliterated;
33. Remington Arms Company, Inc. 552 rifle, CAL: 22, SN: A1920363;
34. Hawk Industries Inc. Pardner Pump shotgun, CAL: 12, SN: NV508867;
35. FNH USA, LLC FNX-45 pistol, CAL: 45, SN: FX3U198937;
36. CBC (Companhia Brasiliera de Cartuchos) Rossi shotgun, CAL: 410, SN: SP494428;
37. Savage Arms Inc. (CD) 62 rifle, CAL: 22, SN: 0003352;
38. Ruger 10/22 rifle, CAL: 22, SN: 0001-82537;
39. Spike's Tactical, LLC ST15 rifle, CAL: multi, SN: SHM007972;
40. Savage 99 rifle, CAL: 300, SN: 426719;
41. KelTec, CNC Industries, Inc. P32 pistol, CAL: 32, SN: CT431; and
42. Savage 14 1/2 Little S rifle, CAL: 22, SN: none.

5-29-25
Date

for RICHARD G. FROHLING
Acting United States Attorney